IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| TAE MORGAN, M.D., AN INDIVIDUAL, Appellant, vs. HOMETOWN HEALTH PLAN, A NEVADA NON-PROFIT CORPORATION; AND RENOWN HEALTH, A NEVADA NON-PROFIT CORPORATION, Respondents. | No. 78574 |

FILED

SEP 18 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from an order granting motion for summary judgment. Second Judicial District Court, Washoe County; David A. Hardy, Judge.

Respondents have filed a motion to dismiss this appeal for lack of jurisdiction on the ground that the notice of appeal was untimely filed from the operative final judgment – the order granting summary judgment entered March 8, 2019. "When district courts, after entering an appealable order, go on to enter a judgment on the same issue, the judgment is superfluous." *Campos-Garcia v. Johnson*, 130 Nev. 610, 611–12, 331 P.3d 890, 891 (2014). The March 8, 2019, order granting summary judgment "resolved all of the issues in the case and thus was the final, appealable judgment." *Id.* Accordingly, the operable order is the order granting summary judgment, not the subsequent "Judgment," entered March 15, 2019. The notice of appeal from written notice of entry of the March 8, 2019, summary judgment order was untimely filed, and appellant has not opposed

19-38976

respondents' motion to dismiss. *See* NRAP 4(a)(1; NRCP 6; *Foster v. Dingwall*, 126 Nev. 56, 66, 227 P.3d 1042, 1049 (2010) (stating that this court may construe the failure to oppose a motion as an admission that the motion is meritorious). Accordingly, the motion is granted and this court ORDERS this appeal DISMISSED.

_____, J.
Pickering

_____, J.
Parraguirre

_____, J.
Cadish

cc:    Hon. David A. Hardy, District Judge
       Jonathan L. Andrews, Settlement Judge
       Argentum Law
       McDonald Carano LLP/Reno
       Washoe District Court Clerk